IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

BYRON STORY, an individual
    Plaintiff,

v.   CASE 3:06cv359/WS/MD

MILTON H. PURDY, an individual,
KILHARA CORPORATION, INC.,
LEO WHITWORTH, JR. an individual,
WHITWORTH BUILDERS, INC.,
BEACH COMMUNITY BANK and
KATHLEEN PRITCHARD, an individual,
    Defendants.

---

### REPORT AND RECOMMENDATION

This cause is before the court upon the parties' stipulation for dismissal (doc. 66). The parties indicate, pursuant to Fed.R.Civ.P. 41, that they have resolved this matter by and between themselves, and that they hereby seek to have all claims asserted in this action dismissed with prejudice, and without taxation of attorneys fees or costs. The stipulation is electronically signed by each party or counsel for each party.

Accordingly, it is respectfully RECOMMENDED:

That this case be dismissed in its entirety with prejudice, without taxation of attorneys' fees or costs, as set forth in the parties' stipulation.

At Pensacola, Florida this 28th day of December, 2006.

/s/ *Miles Davis*
**MILES DAVIS**
**UNITED STATES MAGISTRATE JUDGE**

## NOTICE TO THE PARTIES

**Any objections to these proposed findings and recommendations must be filed within ten days after being served a copy hereof.  <u>Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control.</u>  A copy of any objections shall be served upon any other parties.  Failure to object may limit the scope of appellate review of factual findings.**  *See* 28 U.S.C. § 636; *United States v. Roberts,* 858 F.2d 698, 701 (11th Cir. 1988).